IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| SHELDON VINCENT JONES II | Violation: 18 U.S.C. § 1709 |

**Theft of Mail by Postal Employee**

The Grand Jury Charges:

On or about February 1, 2022, and continuing until on or about April 15, 2022, in the District of North Dakota,

SHELDON VINCENT JONES II,

a United States Postal Service employee, did steal marijuana from packages, which had come into his possession intended to be conveyed by mail;

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
United States Attorney

JTR/vlt