| PROB 22 (Rev. 01/24) | MEK 22CR506 | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:22cr156-01 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

FILED
1/10/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | North Dakota | Fargo |
| Sheldon Vincent Jones II<br>Illinois | NAME OF SENTENCING JUDGE | |
| | The Honorable Peter D. Welte | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/21/2023 | TO 11/20/2025 |

| OFFENSE |
|---|
| Theft of Mail by Postal Employee, in violation of 18 U.S.C. 1709 |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Mr. Jones has family ties in the Northern District of Illinois |

JUDGE KENNELLY
MAGISTRATE JUDGE MCSHAIN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NORTH DAKOTA___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 10, 2024 | /s/ Peter D. Welte |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___ILLINOIS___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AS TRUE COPY ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 11, 2024

_____ _____
                                           United States District Judge

1